1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $30,000.00 IN U.S. CURRENCY | CR MISC. No. 22-197<br><br>**[PROPOSED]**<br><br>**ORDER EXTENDING THE DEADLINE OF 18 U.S.C. § 983(a)(3)(A) FOR FILING OF CIVIL FORFEITURE COMPLAINT** |

/ /

/ /

/ /

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture against the seized assets and/or to obtain an indictment with respect to $30,000.00 in U.S. Currency seized during a traffic stop on January 21, 2022, shall be extended until and including December 15, 2022.

DATED: _____

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 */s/ Tara B. Vavere*
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA